BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JOSE ANGEL RICO,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-00469-BAM<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's Complaint be extended to June 24, 2015.

    This is Defendant's first request for an extension of time to respond to Plaintiff's Complaint. The parties request additional time to allow for further discussion in an attempt to resolve the matter informally. Plaintiff's counsel does

//

not oppose the additional time, and agrees that all subsequent deadlines should be extended accordingly, including the Mandatory Scheduling Conference, currently set for June 30, 2015.

Respectfully submitted,

Dated:  May 12, 2015          BENJAMIN B. WAGNER
                              United States Attorney
                              DONNA L. CALVERT
                              Regional Chief Counsel, Region IX
                              Social Security Administration

                      By:     /s/ *Donna W. Anderson*
                              DONNA W. ANDERSON
                              Special Assistant U.S. Attorney

                              Attorneys for Defendant

Dated: May 12, 2015           Yarra, Kharazi & Clason

                      By:      /s/ George J. Vasquez*
                              GEORGE J. VASQUEZ
                              Attorney for Plaintiff Jose Angel Rico
                              *(\*By email authorization on 5/12/15)*

## ORDER

**IT IS SO ORDERED** that Defendant's response to Plaintiff's Complaint is extended to June 24, 2015.

Dated**:   May 13, 2015**              /s/ Barbara A. McAuliffe
                                       UNITED STATES MAGISTRATE JUDGE