BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JOSE ANGEL RICO,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-00469---BAM<br><br>STIPULATION AND ORDER TO EXTEND TIME |

    The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's Complaint be extended to August 24, 2015.

    This is Defendant's second request for an extension of time to respond to Plaintiff's Complaint.  The parties request additional time for Plaintiff to gather additional evidence to allow for further discussion in an attempt to resolve the matter informally.  Plaintiff's counsel does not oppose the additional time, and

agrees that all subsequent deadlines should be extended accordingly, including the Mandatory Scheduling Conference, currently set for August 20, 2015.

Respectfully submitted,

Dated:  June 22, 2015        BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Regional Chief Counsel, Region IX
Social Security Administration

By:    /s/ Donna W. Anderson
DONNA W. ANDERSON
Special Assistant U.S. Attorney
Attorneys for Defendant

Dated: June 22, 2015        Yarra, Kharazi & Clason

By:    /s/ George J. Vasquez*
GEORGE J. VASQUEZ
Attorney for Plaintiff Jose Angel Rico
*(*By email authorization on 6/19/15)*

### ORDER

**IT IS SO ORDERED** that the time for Defendant to respond to Plaintiff's Complaint is extended to August 24, 2015.

**IT IS FURTHER ORDERED** that the Scheduling Conference is continued from August 20, 2015 to October 5, 2015 at 9:30 a.m. before Judge McAuliffe.

Dated:   **June 23, 2015**            /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE