BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8930
    Facsimile: (415) 744-0134
    E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA
# FRESNO DIVISION

| | |
|---|---|
| JOSE ANGEL RICO,<br><br>    Plaintiff,<br><br>vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:15-cv-00469-BAM<br><br>STIPULATION AND ORDER TO EXTEND TIME<br><br>ORDER CONTINUING SCHEDULING CONFERENCE |

    The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's Complaint be extended to October 23, 2015.

    This is Defendant's second request for an extension of time to respond to Plaintiff's Complaint.  The parties request additional time for Plaintiff to gather additional evidence to allow for further discussion in an attempt to resolve the matter informally.  Plaintiff's counsel does not oppose the additional time, and agrees that all subsequent deadlines should be extended

1

accordingly, including the Mandatory Scheduling Conference, currently set for October 5, 2015.

Respectfully submitted,

Dated: August 4, 2015  BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:  /s/ *Donna W. Anderson*
DONNA W. ANDERSON
Special Assistant U.S. Attorney

Attorneys for Defendant

Dated: August 4, 2015  Yarra, Kharazi & Clason

By:  /s/ George J. Vasquez*
GEORGE J. VASQUEZ
Attorney for Plaintiff Jose Angel Rico
(**By email authorization on 8/04/15*)

## **ORDER**

IT IS SO ORDERED that the time for Defendant to respond to Plaintiff's Complaint is extended to October 23, 2015.

IT IS FURTHER ORDERED that the Scheduling Conference is continued from October 5, 2015 to November 3, 2015 at 9:30 a.m. before Judge McAuliffe.

IT IS SO ORDERED.

Dated:   **August 5, 2015**                    /s/ *Barbara A. McAuliffe*
UNITED STATES MAGISTRATE JUDGE