BENJAMIN B. WAGNER
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration
DONNA W. ANDERSON, SBN PA 46355
Special Assistant United States Attorney
     160 Spear Street, Suite 800
     San Francisco, California 94105
     Telephone: (415) 977-8930
     Facsimile: (415) 744-0134
     E-Mail: Donna.W.Anderson@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## FRESNO DIVISION

| | |
|---|---|
| JOSE ANGEL RICO, | Case No.: 1:15-cv-00469-BAM |
|      Plaintiff, | STIPULATION AND ORDER TO EXTEND TIME |
| vs. | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security, | |
|      Defendant. | |

     The parties, through their respective counsel, stipulate that the time for Defendant to respond to Plaintiff's Complaint be extended to November 23, 2015.

     This is Defendant's third request for an extension of time to respond to Plaintiff's Complaint.  The parties request additional time for Plaintiff's counsel to verify that Plaintiff has, indeed, received his replacement Social Security card, thus resolving the matter informally.  Plaintiff's counsel does not oppose the additional

time, and agrees that all subsequent deadlines should be extended accordingly, including the Mandatory Scheduling Conference.


Respectfully submitted,

Dated:  October 23, 2015          BENJAMIN B. WAGNER
                                  United States Attorney
                                  DEBORAH LEE STACHEL
                                  Acting Regional Chief Counsel, Region IX
                                  Social Security Administration

                          By:    /s/  Donna W. Anderson
                                  DONNA W. ANDERSON
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant


Dated: October 23, 2015           Yarra, Kharazi & Clason

                          By:     /s/ George J. Vasquez*
                                  GEORGE J. VASQUEZ
                                  Attorney for Plaintiff Jose Angel Rico
                                  (*By email authorization on 10/23/15)

### ORDER

Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY ORDERED that the time for Defendant to respond to Plaintiff's Complaint is extended to November 23, 2015.  IT IS FURTHER ORDERED that the Scheduling Conference is continued from November 3, 2015 to December 8, 2015, at 8:30 a.m. before the undersigned.


IT IS SO ORDERED.

Dated:  **October 26, 2015**              /s/ Barbara A. McAuliffe
                                  UNITED STATES MAGISTRATE JUDGE