UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO DIVISION

| | |
|---|---|
| JOSE ANGEL RICO, | ) Case No.: 1:15-cv-00469-LJO-BAM |
| | ) |
| Plaintiff, | ) |
| | ) **ORDER TO DISMISS** |
| v. | ) |
| | ) |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | ) |
| | ) |
| Defendant. | ) |

Upon stipulation of the parties, and good cause appearing.

IT IS HEREBY ORDERED that this action be dismissed under Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, each party to bear its own fees, costs, and expenses.

IT IS SO ORDERED.

Dated:  **November 5, 2015**          /s/ Lawrence J. O'Neill
                                         UNITED STATES DISTRICT JUDGE

-1-